```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/4/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                         Plaintiffs,

-against-

RHINO ENTERTAINMENT LLC,

                         Defendant.

24 Civ. 5106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     On July 11, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by September 2, 2024. ECF No. 4. On August 28, at Plaintiff's request, the Court extended that deadline to November 1, 2024. ECF No. 10. Those submissions are now overdue.

     Accordingly, by **November 29, 2024**, the parties shall submit their joint letter and proposed case management plan.

     SO ORDERED.

Dated: November 4, 2024
        New York, New York

                                                   ANALISA TORRES
                                            United States District Judge