UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMANUEL DELACRUZ, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

          v.

RHINO ENTERTAINMENT LLC,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-5106

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, RHINO ENTERTAINMENT LLC, with prejudice and without fees and costs.

Dated: New York, New York
       January 21, 2025

                                                                    **GOTTLIEB & ASSOCIATES PLLC**

                                                                    _/s/Michael A. LaBollita, Esq._

                                                  Michael A. LaBollita, Esq., (ML-9985)
                                                        150 East 18th Street, Suite PHR
                                                               New York, NY 10003
                                                                   Phone: (212) 228-9795
                                                                       Fax: (212) 982-6284
                                                                   Michael@Gottlieb.legal

                                                                  _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge