USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/22/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

EMANUEL DELACRUZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

RHINO ENTERTAINMENT LLC,

        Defendant.

----------------------------------------x

No.: 1:24-cv-5106

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, RHINO ENTERTAINMENT LLC, with prejudice and without fees and costs.

Dated: New York, New York
       January 21, 2025

                                            **GOTTLIEB & ASSOCIATES PLLC**

                                            _/s/Michael A. LaBollita, Esq._

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            _Attorneys for Plaintiffs_

SO ORDERED.

Dated: January 22, 2025
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge